# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 0:20-CV-60114-RS

Plaintiff:

**ZHEJIANG DONGRI IMPORT & EXPORT CO., LTD., D/B/A PILOT OPTICS,**

vs.

Defendant:
**NEOPTX, LLC**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by DIRECT PROCESS SERVER, LLC on the 30th day of January, 2020 at 1:52 pm to be served on **NEOPTX LLC, 3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025**.

I, AMY ROBY, being duly sworn, depose and say that on the **5th day of February, 2020 at 12:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, SUMMONS, AND COMPLAINT**, with the date and hour of service endorsed thereon by me, to: **LOURDES DEJESUS** as **CUSTOMER SERVICE** for **NEOPTX LLC**, at the address of: **3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 125, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 6 day of February 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

AMY ROBY
SPS 443

DIRECT PROCESS SERVER, LLC
22 Southern Blvd
Ste 103
Nesconset, NY 11767
(877) 245-4880

Our Job Serial Number: DPR-2020000188

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

