IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT
CO., LTD., d/b/a Pilot Optics,

                Plaintiffs,

  -against-

NEOPTX LLC,

                Defendant.
-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-60114-RS

Hon. Rodney Smith, USDJ

## REQUEST FOR ENTRY OF CLERK'S DEFAULT

Plaintiff Zhejiang Dongri Import & Export Co., Ltd, d/b/a Pilot Optics, ("Pilot") makes this request for entry of default by the Clerk against Defendant Neoptx LLC. ("Neoptx") in the above-captioned action.

Please enter the default of Neoptx (Proposed Order attached herein as Exhibit A) pursuant to Fed. R. Civ. P. 55(a) and (b)(1) for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declarations of: Jean-Claude Mazzola, counsel for Pilot (Exhibit B); and, Nancy Guo, a representative of Pilot (Exhibit C).

Dated: New York, New York
       March 3, 2020

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com

1