IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x

ZHEJIANG DONGRI IMPORT & EXPORT
CO., LTD., d/b/a Pilot Optics,

                          Plaintiffs,

   -against-

NEOPTX LLC,

                         Defendant.

-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-60114-RS

Hon. Rodney Smith, USDJ

## ORDER

     I, ANGELA E. NOBLE, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 17, 2020 with the filing of a complaint. The Summons was issued on January 27, 2020. Plaintiff effectuated service upon Defendant Neoptx LLC on February 5, 2020, as evidence by the Affidavit of Service (Docket Entry 7).

     I certify that the docket entries indicate that Defendant Neoptx LLC has not filed an answer or otherwise moved to defend in this action with respect to the complaint herein. The default of Defendant Neoptx is hereby noted.

Dated:_____, 2020
        Fort Lauderdale, Florida

_____
CLERK OF COURT

4838-4674-3478, v. 1