IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT
CO., LTD., d/b/a Pilot Optics,

                      Plaintiffs,

   -against-

NEOPTX LLC,

                      Defendant.
-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-60114-RS

Hon. Rodney Smith, USDJ

## DECLARATION IN SUPPORT OF ENTRY OF CLERK'S DEFAULT

I, Jean-Claude Mazzola, hereby declare as follows:

1. I am an attorney with the firm of Mazzola Lindstrom, LLP, counsel for plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics ("Pilot Optics").

2. Having reviewed the file maintained for the prosecution of this action, I am familiar with the facts stated herein.

3. In accordance with Fed. R. Civ. P. 55(a) and (b)(2), I make this declaration in support of Pilot Optics' request for a default judgment of $298,432.80, plus pre-judgment interest, costs and disbursements against defendant Neoptx LLC.

4. Pilot Optics is a China-based manufacturer of eyewear.

5. As set forth in the accompanying complaint (Exhibit 1), defendant Neoptx LLC ordered $298,432.80 in eyewear from Pilot Optics, which goods were timely delivered to Neoptx LLC, and accepted without objection as to their quantity or quality.

6. The complaint was filed on January 17, 2020, at which time I emailed defendant's principals and advised of same. Not having heard any response, I thereafter caused the complaint

to be served upon Neoptx LLC on February 5, 2020, and the affidavit of service was duly docketed. (Exhibit 2).

7. Thereafter, I telephoned and sent several emails to Neoptx's principals, advising that they should retain counsel, to no avail. (Collected emails are attached as Exhibit 3).

8. Attached (Exhibit 4) is the declaration of Ms. Nancy Guo, Sales Representative for plaintiff Pilot Optics, attesting to the truth of the material allegations in the complaint, and providing copies of the unpaid invoices.

8. As this is a request for damages in connection with a sum certain, Pilot Optics is hereby submitting the required papers for an entry of default in the amount of for the claimed amount of damages.

WHEREFORE, plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics demands judgment against defendant: (a) for $298,432.80; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs; and (c) for such other and further relief as this court deems proper and just.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
March 3, 2020

MAZZOLA LINDSTROM LLP

/s/ *Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com

4851-2646-4438, v. 1