IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT
CO., LTD., d/b/a Pilot Optics,

                       Plaintiffs,

   -against-

NEOPTX LLC,

                            Defendant.
----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-60114-RS

Hon. Rodney Smith, USDJ

**Notice of Plaintiff's Motion for Default Judgment**

Please take notice that based upon the accompanying declaration of attorney Jean-Claude Mazzola, the certificate of default entered by the Clerk of Court on file herein (Docket Entry 9), the complaint, and all of the other relevant papers and pleadings on file with the court in this matter, plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics, by and through its attorneys, will move this court on a date to be determined, before the Honorable Rodney Smith, USDJ, at the United States Courthouse at 299 East Broward Boulevard, Courtroom 310B, Chambers 310A, Fort Lauderdale, Florida 33301, for an order pursuant to Fed. R. Civ. P. 55 granting a default judgment against defendant Neoptx LLC, for (a) for $298,432.80; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs; and (c) for such other and further relief as this court deems proper and just.

Dated:  New York, New York
         March 9, 2020

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com