# EXHIBIT "4"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT　　　　　　CM/ECF
CO., LTD., d/b/a Pilot Optics,

       Plaintiffs,    Civil Action No.:
             20-CV-60114-RS
  -against-

NEOPTX LLC,          Hon. Rodney Smith, USDJ

       Defendant.
-----------------------------------------------------------------x

## DECLARATION IN SUPPORT OF ENTRY OF CLERK'S DEFAULT

I, Nancy Guo, hereby declare as follows:

1. I am a Sales Representative of plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics ("Pilot Optics").

2. Having reviewed the Pilot Optics' business records, including the invoices attached hereto, which are true and accurate copies, I have personal knowledge of the facts stated herein.

3. I make this declaration in support of Pilot Optics' motion for a default judgment of $298,432.80, plus pre-judgment interest, costs and disbursements against defendant Neoptx LLC.

4. Pilot Optics is a China-based manufacturer of eyewear.

5. As set forth in the complaint, a copy of which is annexed as Exhibit 1 to the Mazzola declaration, defendant Neoptx ordered $298,432.80 in eyewear from Pilot Optics, which goods were timely delivered by Pilot Optics to Neoptx, and accepted by Neoptx without objection as to their quantity or quality.

6. I have reviewed the complaint and hereby verify the material facts therein to be true and correct. Attached hereto (Exhibit A) are the invoices referenced in the complaint, which,

1

remain unpaid, despite repeated demand for payment from Neoptx, and despite that the goods that were ordered were timely delivered and accepted by Neoptx without complaint as to the quantity or quality thereof.

WHEREFORE, plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics demands judgment against defendant: (a) for $298,432.80; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs; and (c) for such other and further relief as this court deems proper and just.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ~~New York, New York~~ Zhejiang, China
February 28, 2019

_Nancy Guo_
~~Nancy~~ Guo

2

# EXHIBIT "A"

# 浙江东日进出口有限公司
## ZHEJIANG DONGRI IMP.&EXP. CO., LTD.

ADD: 92 AIDENGQIAO
WENZHOU ZHEJIANG, CHINA

# 发 票
# INVOICE

| 第 号 No. | 18MM2605D |
|---|---|
| 日期 Date | SEP.13,2018 |
| 信用证第 号 L/C No. | T/T |

TO: NEOPTX, USA

PO NO.: 09182PP

| Marks & Numbers | Quantities and Descriptions | | | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| | | | | | | FOB SHANGHAI |
| SHIP TO: NEOPTX'LLC FDA#3008191455 C/NO.1-X MADE IN CHINA TO USA | PO#09182PP **READING GLASSES WITH POUCH** | | | | | |
| | RHYP125 | 1080 | PCS | 0.770 | USD/PCS | USD 831.60 |
| | RHYP150 | 3240 | PCS | 0.770 | USD/PCS | USD 2,494.80 |
| | RHYP175 | 5400 | PCS | 0.770 | USD/PCS | USD 4,158.00 |
| | RHYP200 | 5400 | PCS | 0.770 | USD/PCS | USD 4,158.00 |
| | RHYP250 | 7200 | PCS | 0.770 | USD/PCS | USD 5,544.00 |
| | RHYP300 | 6840 | PCS | 0.770 | USD/PCS | USD 5,266.80 |
| | **READING GLASSES** | | | | | |
| | RALL125 | 1440 | PCS | 0.630 | USD/PCS | USD 907.20 |
| | RALL150 | 8280 | PCS | 0.630 | USD/PCS | USD 5,216.40 |
| | RALL175 | 3240 | PCS | 0.630 | USD/PCS | USD 2,041.20 |
| | RALL200 | 9000 | PCS | 0.630 | USD/PCS | USD 5,670.00 |
| | RALL250 | 5400 | PCS | 0.630 | USD/PCS | USD 3,402.00 |
| | RALL300 | 3960 | PCS | 0.630 | USD/PCS | USD 2,494.80 |
| | RSTA150 | 1080 | PCS | 0.630 | USD/PCS | USD 680.40 |
| | RSTA175 | 2520 | PCS | 0.630 | USD/PCS | USD 1,587.60 |
| | RSTA200 | 4680 | PCS | 0.630 | USD/PCS | USD 2,948.40 |
| | RSTA250 | 6120 | PCS | 0.630 | USD/PCS | USD 3,855.60 |
| | RSTA300 | 7920 | PCS | 0.630 | USD/PCS | USD 4,989.60 |
| | Extra cost for holder, sticker and labor | 29160 | PCS | 0.130 | USD/PCS | USD 3,790.80 |
| | **TOTAL:** | **82800 PCS** | | | | **USD 60,037.20** |

PACKED IN TWO HUNDRED AND THIRTY (230) CARTONS ONLY

Country of origin: CHINA

浙江东日进出口有限公司
ZHEJIANG DONGRI IMP.& EXP CO.,LTD

# 浙江东日进出口有限公司
## ZHEJIANG DONGRI IMP.&EXP. CO., LTD.

ADD:92 AIDENGQIAO
WENZHOU ZHEJIANG, CHINA

发 票
**INVOICE**

第　　　　号
No.　18MM2605E

日期　Date
SEP.19, 2018

信用证第　　　号
L/C No.　T/T

TO: NEOPTX, USA

PO NO.　09182PP

| 唛头号码<br>Marks & Numbers | 数量与品名<br>Quantities and Descriptions | | | 单价<br>Unit Price | 金额<br>Amount |
|---|---|---|---|---|---|
| | | | | | FOB SHANGHAI |
| SHIP TO:<br>NEOPTX'LLC<br>FDA#3008191455<br>C/NO.1-X<br>MADE IN CHINA<br>TO USA | **PO#09182PP**<br>**READING GLASSES** | | | | |
| | RALL150 | 8280 | PCS | 0.630 USD/PCS | USD 5,216.40 |
| | RALL175 | 3600 | PCS | 0.630 USD/PCS | USD 2,268.00 |
| | RALL200 | 9360 | PCS | 0.630 USD/PCS | USD 5,896.80 |
| | RALL250 | 16200 | PCS | 0.630 USD/PCS | USD 10,206.00 |
| | RALL300 | 7560 | PCS | 0.630 USD/PCS | USD 4,762.80 |
| | RSTA150 | 2880 | PCS | 0.630 USD/PCS | USD 1,814.40 |
| | RSTA175 | 360 | PCS | 0.630 USD/PCS | USD 226.80 |
| | RSTA200 | 1080 | PCS | 0.630 USD/PCS | USD 680.40 |
| | RSTA250 | 360 | PCS | 0.630 USD/PCS | USD 226.80 |
| | RSTA300 | 720 | PCS | 0.630 USD/PCS | USD 453.60 |
| | **READING GLASSES WITH POUCH** | | | | |
| | RENV150 | 3960 | PCS | 0.950 USD/PCS | USD 3,762.00 |
| | RENV175 | 5760 | PCS | 0.950 USD/PCS | USD 5,472.00 |
| | RWAL200 | 1800 | PCS | 0.880 USD/PCS | USD 1,584.00 |
| | RWAL250 | 4680 | PCS | 0.880 USD/PCS | USD 4,118.40 |
| | RWAL300 | 5400 | PCS | 0.880 USD/PCS | USD 4,752.00 |
| | Extra cost for holder, sticker and labor | 21600 | PCS | 0.130 USD/PCS | USD 2,808.00 |
| | **TOTAL:** | **72000 PCS** | | | **USD 54,248.40** |

PACKED IN TWO HUNDRED (200) CARTONS ONLY

Country of origin: CHINA

浙江东日进出口有限公司
ZHEJIANG DONGRI IMP.& EXP CO.,LTD

# 温州百鹿国际贸易有限公司
## PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

ADD:NO.25 XINGGUO ROAD
 AGRICULTURAL DEVELOPMENT
ZONE WENZHOU,CHINA

# 发 票
# INVOICE

第 No. 号  18MM2608A
日期 Date  NOV.17,2018

TO:NEOPTX,USA

信用证第 号
L/C No.  T/T

PO NO.  09183PP

| 唛头号码<br>Marks & Numbers | 数量与品名<br>Quantities and Descriptions | | | 单价<br>Unit Price | 金额<br>Amount |
|---|---|---|---|---|---|
| | | | | | FOB SHANGHAI |
| SHIP TO:<br>NEOPTX'LLC<br>FDA#3008517911<br>C/NO.1-X<br>MADE IN CHINA<br>TO USA | PO#09183PP<br>**READING GLASSES**<br>RHER250<br>RHER300 | 11880<br>14400 | PCS<br>PCS | 0.380 USD/PCS<br>0.380 USD/PCS | USD 4,514.40<br>USD 5,472.00 |
| | **TOTAL:** | 26280 PCS | | | **USD 9,986.40** |
| | PACKED IN SEVNETY THREE (73) CARTONS ONLY | | | | |

Country of origin: CHINA

温州百鹿国际贸易有限公司
PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

*[signature]*

# 温州百鹿国际贸易有限公司
## PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

ADD: NO.25 XINGGUO ROAD
AGRICULTURAL DEVELOPMENT
ZONE WENZHOU, CHINA

发 票

TO: NEOPTX, USA

## INVOICE

第 号
No. 18MM2608B
日期  Date
NOV.26, 2018

信用证第 号
L/C No.
T/T

PO NO.  09183PP/10181PP
09181PP

| Marks & Numbers | Quantities and Descriptions | | | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| | | | | | | FOB SHANGHAI |
| SHIP TO: | PO#09183PP/10181PP | | | | | |
| NEOPTX'LLC | **READING GLASSES WITH POUCH** | | | | | |
| FDA#3008517911 | RENV100 | 7200 | PCS | 0.950 | USD/PCS | USD 6,840.00 |
| C/NO.1-X | RENV125 | 6840 | PCS | 0.950 | USD/PCS | USD 6,498.00 |
| MADE IN CHINA | RENV150 | 9360 | PCS | 0.950 | USD/PCS | USD 8,892.00 |
| TO USA | RENV175 | 7200 | PCS | 0.950 | USD/PCS | USD 6,840.00 |
| | PO#09181PP | | | | | |
| | **READING GLASSES** | | | | | |
| | RALL150 | 28800 | PCS | 0.630 | USD/PCS | USD 18,144.00 |
| | RALL200 | 17280 | PCS | 0.630 | USD/PCS | USD 10,886.40 |
| | RALL250 | 360 | PCS | 0.630 | USD/PCS | USD 226.80 |
| | RALL300 | 17640 | PCS | 0.630 | USD/PCS | USD 11,113.20 |
| | Extra cost for holder sticker and labor | 30600 | PCS | 0.130 | USD/PCS | USD 3,978.00 |
| | **TOTAL:** | 94680 PCS | | | | **USD 73,418.40** |

PACKED IN TWO HUNDRED AND SIXTY THREE (263) CARTONS ONLY

Country of origin: CHINA

温州百鹿国际贸易有限公司
PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

*[signature]*

# 温州百鹿国际贸易有限公司
## PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

发 票

**INVOICE**

ADD: NO.25 XINGGUO ROAD
AGRICULTURAL DEVELOPMENT
ZONE WENZHOU, CHINA

第 No. 18MM2608C 号
日期 Date  DEC.13,2018

信用证第 号
L/C No.  T/T

TO: NEOPTX, USA

PO NO. 09181PP/10182PP

| 唛头号码 Marks & Numbers | 数量与品名 Quantities and Descriptions | | | 单价 Unit Price | 金额 Amount |
|---|---|---|---|---|---|
| | | | | | FOB SHANGHAI |
| SHIP TO: NEOPTX'LLC FDA#3008517911 C/NO.1-X MADE IN CHINA TO USA | PO#09181PP/10182PP **READING GLASSES WITH POUCH** | | | | |
| | RAVI200 | 7560 | PCS | 1.070 USD/PCS | USD 8,089.20 |
| | RAVI250 | 7200 | PCS | 1.070 USD/PCS | USD 7,704.00 |
| | Extra cost for holder sticker and labor | 14760 | PCS | 0.130 USD/PCS | USD 1,918.80 |
| | **TOTAL:** | **14760 PCS** | | | **USD 17,712.00** |
| | PACKED IN FORTY ONE (41) CARTONS ONLY | | | | |

Country of origin: CHINA

温州百鹿国际贸易有限公司
PILOT OPTICS INTERNATIONAL CORP.LTD.WENZHOU

# 温州国际经济技术合作有限公司
## WENZHOU INTERNATIONAL ECO.& TEC.CO-OPERATION CO.,LTD

ADD: No. 5/F FOREIGN AFFAIRS
BLDG CHEZHAN DADAO,
WENZHOU, ZHEJIANG, CHINA

发 票
## INVOICE

第 No. 号 18MM2609

日期 Date JAN.11,2019

信用证第 L/C No. 号 T/T

TO:NEOPTX,USA

PO NO. 09181PP/09183PP/10181PP

| Marks & Numbers | Quantities and Descriptions | | | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | FOB SHANGHAI |
| SHIP TO: NEOPTX'LLC FDA#10058604 C/NO. MADE IN CHINA TO USA | PO#10181PP **READING GLASSES WITH POUCH** | | | | |
| | RWAL200 | 10080 | PCS | 0.880 USD/PCS | USD 8,870.40 |
| | RWAL250 | 10080 | PCS | 0.880 USD/PCS | USD 8,870.40 |
| | RWAL300 | 10080 | PCS | 0.880 USD/PCS | USD 8,870.40 |
| | PO#09181PP/09183PP/10181PP **READING GLASSES WITH POUCH** | | | | |
| | RENV100 | 3600 | PCS | 0.950 USD/PCS | USD 3,420.00 |
| | RENV125 | 3600 | PCS | 0.950 USD/PCS | USD 3,420.00 |
| | RENV150 | 3600 | PCS | 0.950 USD/PCS | USD 3,420.00 |
| | RENV175 | 5400 | PCS | 0.950 USD/PCS | USD 5,130.00 |
| | EXTRA COST FOR HOLDER, STICKER AND LABOR | 46440 | PCS | 0.130 USD/PCS | USD 6,037.20 |
| | **TOTAL:** | **46440 PCS** | | | **USD 48,038.40** |

PACKED IN ONE HUNDRED AND TWENTY NINE (129) CARTONS ONLY

Country of origin: CHINA

**BANK INFORMATION:**
**BENEFICIARY:** WENZHOU INTERNATIONAL ECO TEC COOPERATION CO.,LTD
**BANK NAME:** AGRICULTURAL BANK OF CHINA ,ZHEJIANG BR,WENZHOU CHENGDONG SUB-BRANCH
**BAND ADD:** NO.88 TANGJIAQIAO SOUTH RD WENZHOU ZHEJIANG CHINA
**ACCOUNT:** 19215114040006900
**SWIFT CODE:** ABOCCNBJ110

WENZHOU INTERNATIONAL
ECO.& TEC. CO-OPERATION CO.,LTD.

*[signature]*

# 温州国际经济技术合作有限公司
## WENZHOU INTERNATIONAL ECO.& TEC.CO-OPERATION CO.,LTD

ADD: No. 5/F FOREIGN AFFAIRS BLDG CHEZHAN DADAO, WENZHOU, ZHEJIANG, CHINA

# 发 票
# INVOICE

第 No. 号 18MM2610

日期 Date JAN.11,2019

信用证第 L/C No. 号 T/T

TO: NEOPTX, USA

PO NO. 09181PP/ 09183PP/10181PP

| 唛头号码<br>Marks & Numbers | 数量与品名<br>Quantities and Descriptions | | | 单价<br>Unit Price | 金额<br>Amount |
|---|---|---|---|---|---|
| | | | | | FOB NINGBO |
| SHIP TO:<br>NEOPTX'LLC<br>FDA#10058604<br>C/NO.<br>MADE IN CHINA<br>TO USA | PO#09181PP/09183PP/10181PP<br>READING GLASSES | | | | |
| | RENV100 | 10080 | PCS | 0.950 USD/PCS | USD 9,576.00 |
| | RENV125 | 7200 | PCS | 0.950 USD/PCS | USD 6,840.00 |
| | RENV150 | 10080 | PCS | 0.950 USD/PCS | USD 9,576.00 |
| | RENV175 | 5040 | PCS | 0.950 USD/PCS | USD 4,788.00 |
| | EXTRA COST FOR HOLDER, STICKER AND LABOR | | | | |
| | | 32400 | PCS | 0.130 USD/PCS | USD 4,212.00 |
| | TOTAL: | 32400 PCS | | | USD 34,992.00 |
| | PACKED IN NINETY (90) CARTONS ONLY | | | | |

Country of origin: CHINA

**BANK INFORMATION:**
**BENEFICIARY:** WENZHOU INTERNATIONAL ECO TEC COOPERATION CO.,LTD
**BANK NAME:** AGRICULTURAL BANK OF CHINA, ZHEJIANG BR, WENZHOU CHENGDONG SUB-BRANCH
**BAND ADD:** NO.88 TANGJIAQIAO SOUTH RD WENZHOU ZHEJIANG CHINA
**ACCOUNT:** 19215114040006900
**SWIFT CODE:** ABOCCNBJ110

WENZHOU INTERNATIONAL
ECO. & TEC. CO-OPERATION CO., LTD.