IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT　　　　　　CM/ECF
CO., LTD., d/b/a Pilot Optics,
　　　　　　　　　　Plaintiffs,　　　　　　　　　　Civil Action No.:
　　-against-　　　　　　　　　　　　　　　　　20-CV-60114-RS
NEOPTX LLC,
　　　　　　　　　　Defendant.　　　　　　　　　Hon. Rodney Smith, USDJ
-----------------------------------------------------------------x

**Declaration of Service of Motion for Default Judgment**

I, Richard E. Lerner, an attorney duly admitted to practice before the courts of the state of New York, declare under penalty of perjury pursuant to 28 USC 1746, that on this date, March 9, 2020, I served plaintiff's notice of motion for default and supporting declaration of Jean-Claude Mazzola upon defendant Neoptx LLC, by mailing same in a properly addressed envelope, deposited with the U.S. Postal Service, addressed to:

　　　　Neoptx LLC
　　　　3201 Commerce Parkway
　　　　Miramar, Florida 33025

Dated: New York, New York
　　　　March 9, 2020

　　　　　　　　　　　　　　　　　　　　　MAZZOLA LINDSTROM, LLP

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Richard E. Lerner, Esq.
　　　　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff
　　　　　　　　　　　　　　　　　　　　　(d) 646.813.4345
　　　　　　　　　　　　　　　　　　　　　(c) 917.584.4864
　　　　　　　　　　　　　　　　　　　　　richard@mazzolalindstrom.com