IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT
CO., LTD., d/b/a Pilot Optics,

                Plaintiffs,

   -against-

NEOPTX LLC,

                Defendant.
-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-60114-RS

Hon. Rodney Smith, USDJ

**Notice of Plaintiff's Motion to Correct Filing of March 9, 2020**

Please take notice that plaintiff hereby requests that the court accept for filing, as a supplement to Docket Entry No. 10 (to wit, Plaintiffs' First Motion for Default Judgment), the attached declaration in support thereof dated March 9, 2020 of attorney Jean-Claude Mazzola, and accompanying memorandum of law in support of the motion for default, on the ground that such declaration and supporting memorandum were inadvertently omitted from the March 9th filing.

This motion will be made on a date to be determined, before the Honorable Rodney Smith, USDJ, at the United States Courthouse at 299 East Broward Boulevard, Courtroom 310B, Chambers 310A, Fort Lauderdale, Florida 3330.

Dated: New York, New York
       April 29, 2020

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com