## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:20-CV-60114-RS

Plaintiff:
**ZHEJIANG DONGRI IMPORT & EXPORT CO., LTD., D/B/A PILOT OPTICS,**

vs.

Defendant:
**NEOPTX, LLC**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by DIRECT PROCESS SERVER, LLC on the 1st day of July, 2020 at 4:16 pm to be served on **NEOPTX LLC, 3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025.**

I, AMY ROBY, being duly sworn, depose and say that on the **9th day of July, 2020** at **10:00 am**, I:

SERVED the within named LLC by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, SUMMONS, AND 2nd AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me to **JANE HARAP** as **ACCOUNTING MANAGER** of NEOPTX LLC service being made at **3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025** pursuant to F.S. 48.062.

**Additional Information pertaining to this Service:**
7/6/2020 10:10 am  Attempted service at 3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025, spoke to secretary through door, says the Registered agent is never in since COVID-19 then I asked if any officers are in and she said no not since Covid-19.
7/8/2020 10:31 am  Attempted service at 3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025, registered agent, or any officers are not in.
7/9/2020 9:48 am  Arrived at 3201 COMMERCE PARKWAY, C/O REGISTERED AGENT SCOTT ORLINSKY, MIRAMAR, FL 33025, the registered agent is not present, there are no other officers present. At 10:00 am, service was accepted by Jane Harap, accounting manager, who stated she is the only employee currently working at this address due to Covid 19.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 10 day of July 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

AMY ROBY
SPS 443

DIRECT PROCESS SERVER, LLC
22 Southern Blvd
Ste 103
Nesconset, NY 11767
(877) 245-4880

Our Job Serial Number: DPR-2020000995

© 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

