UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PILOT OPTICS

PLAINTIFF(S)

v.

NEOPTX LLC,

DEFENDANT(S).

CASE NUMBER
0:20−cv−60114−RS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Neoptx LLC**

as of course, on the date August 25, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Doris Jones*
Deputy Clerk

cc:  Judge Rodney Smith
     Pilot Optics

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)