IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT　　　　　　　　CM/ECF
CO., LTD., d/b/a Pilot Optics,
         Plaintiffs,      Civil Action No.:
 -against-             20-CV-60114-RS

NEOPTX LLC,             Hon. Rodney Smith, USDJ
          Defendant.
------------------------------------------------------------------x

## Notice of Motion for Default Judgment as to
## Plaintiff's Second Amended Complaint

Please take notice that based upon the accompanying declaration of attorney Jean-Claude Mazzola, the certificate of default entered by the Clerk of Court on file herein (Docket Entry 20), the second amended complaint (DE 17), and all of the other relevant papers and pleadings on file with the court in this matter, plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics, by and through its attorneys, will move this court on a date to be determined, before the Honorable Rodney Smith, USDJ, at the United States Courthouse at 299 East Broward Boulevard, Courtroom 310B, Chambers 310A, Fort Lauderdale, Florida 33301, for an order pursuant to Fed. R. Civ. P. 55 granting a default judgment against defendant Neoptx LLC, for (a) for $298,432.80; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs and disbursements of $550.50, or such amount as may be deemed reasonable by the court; and (c) for such other and further relief as this court deems proper and just.

Dated: New York, New York       MAZZOLA LINDSTROM LLP
    August 28, 2020          */s/ Jean-Claude Mazzola*
                     Jean-Claude Mazzola
                     *Attorneys for plaintiff*
                     1350 Avenue of the Americas, 2nd Floor
                     New York, New York 10019
                     Tel: (646) 216-8585
                     jeanclaude@mazzolalindstrom.com

To: Neoptx LLC
   3201 Commerce Pkwy, Miramar, FL 33025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT           CM/ECF
CO., LTD., d/b/a Pilot Optics,

                    Plaintiffs,           Civil Action No.:
                                                           20-CV-60114-RS
   -against-

NEOPTX LLC,           Hon. Rodney Smith, USDJ

                    Defendant.
-------------------------------------------------------------------x

## Declaration in Support of Motion for a Default Judgment as to Second Amended Complaint

I, Jean-Claude Mazzola, hereby declare as follows:

1. I am an attorney with the firm of Mazzola Lindstrom, LLP, counsel for plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics ("Pilot Optics").

2. Having reviewed the file maintained for the prosecution of this action, I am familiar with the facts stated herein.

3. In accordance with Fed. R. Civ. P. 55(a) and (b)(2), I make this declaration in support of Pilot Optics' request for a default judgment of $298,432.80 with respect to the second amended complaint, plus pre-judgment interest, and costs and disbursements in the amount of $550.50 (or such amount deemed reasonable by the court) against defendant Neoptx LLC.

4. As set forth in the accompanying second amended complaint, exhibit "1" hereto (see ¶2, and subparagraphs a through g, thereof & ¶7)[1] and as corroborated by the accompanying

---

[1] The amended complaint was served upon defendant Neoptx by mail on May 27, 2020, and was docketed, along with the declaration of service on that date. (See DE14).

1

declaration of Nancy Guo (executed using her official Chinese name "Guo Nan"),[2] Pilot Optics is a citizen of the People's Republic of China, where it was formed as a limited liability company, and maintains its principal place of business at 92 AiDengQiao, Wenzhou, Zhejiang, People's Republic of China. (See exhibit "2" hereto, ¶3) Ms. Guo confirms in her declaration (at ¶3) that none of the owners of interests in Pilot Optics are citizens of the State of Florida. Rather, all owners of interests in Pilot Optics are citizens of the People's Republic of China. (*Id.*)

5. As alleged in the second amended complaint, and as corroborated by Ms. Guo's declaration, defendant Neoptx ordered $298,432.80 in eyewear from Pilot Optics, which goods were timely delivered to Neoptx, and accepted without objection as to their quantity or quality.

6. On June 26, 2020, this court denied a prior motion for default, with leave to renew, requiring that the defendant's designated agent for service of process Scott Orlinsky be served with the pleadings by July 23, 2020. (See DE 16). In accordance with the court's order, defendant's agent Scott Orlinsky was served with process on July 1, 2020 (see affidavit of service, DE 18, and exhibit "3" hereto).

7. A clerk's notice of default was docketed on August 25, 2020, due to defendant's failure to answer the complaint. (See exhibit "4")

8. Attached hereto as exhibit "5" is my law firm's spreadsheet of costs and disbursements reasonably and necessarily incurred in the prosecution of this matter, which costs and disbursements I declare to be true and accurate. These costs, totaling $550.50, include the filing fee of $400, to file this case in this court, and the service-of-process fee of $150.50. While

---

[2] In the prior application for default, Ms. Guo Nan signed her declaration using her English name "Nancy Guo." In my communications with Ms. Guo, she has used her official Chinese name and her informal English name interchangeably, as is quite common when dealing with citizens of China. Nancy Guo's initial declaration is also included with exhibit "2," along with the exhibits thereto, comprising the invoices for the goods purchased by Neoptx from Pilot Optics.

my firm had other incidental expenses, we waive any claim for them. Of course, I defer to the court's good judgment as to the reasonableness of the fee for service of process, and will consent to any lesser number that the court deems appropriate.

WHEREFORE, plaintiff Zhejiang Dongri Import & Export Co., Ltd., d/b/a Pilot Optics demands judgment against defendant: (a) for $298,432.80; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs and disbursements of $550.50, or such lesser amount as may be deemed reasonable and appropriate by the court; and (c) for such other and further relief as this court deems proper and just.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
       August 28, 2020

MAZZOLA LINDSTROM LLP
*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com