EXHIBIT "5"

**Mazzola Lindstrom LLP**
Pilot Optics -00001

| Type | Date | Description | Billable ($) |
|---|---|---|---|
| ExpenseEntry | 1/17/2020 | Disbursement for FL filing. | 400 |
| ExpenseEntry | 1/29/2020 | Disbursement for service of summons and complaint. | 150.5 |

5/27/2020