IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------x
ZHEJIANG DONGRI IMPORT & EXPORT CO.,
LTD., d/b/a Pilot Optics,                                  CM/ECF

      Plaintiffs,                                     Civil Action No.:
                                                                                             20-CV-60114-RS

      -against-

NEOPTX LLC,                                                Hon. Rodney Smith, USDJ

      Defendant.
------------------------------------------------------------------x

**Final Judgment in a Civil Case**

      Cause comes to be heard before the court on plaintiff's motion for entry of default and default judgment pursuant to Rule 55(a) and 55(b) of the Federal Rules of Civil Procedure, the Court finding that defendant has been properly served and notice of the motion has been properly provided to defendant, and defendant having failed to appear either personally or through counsel, and plaintiff's motion [docket entry 21] having been granted by order dated October 15, 2020, and plaintiff having waived, by not interposing a request for, prejudgment interest by October 21, 2020;

**It is now ORDERED, ADJUDGED, AND DECREED that:**

      Judgment is hereby entered against defendant NEOPTX LLC, in the amount of $298,432.80, plus costs in the amount of $465, and that plaintiff ZHEJIANG DONGRI IMPORT & EXPORT CO., LTD., d/b/a Pilot Optics, have execution therefor.

      The Court shall retain jurisdiction to enforce the judgment.

Dated: _____, ___ 2020                                So Ordered:

                                                                                                        _____
                                                                                                        Hon. Rodney Smith, USDJ