# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-60114-CIV-SMITH**

ZHEJIANG DONGRI IMPORT &
EXPORT CO., LTD.,

    Plaintiff,

v.

NEOPTX, LLC,

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.

_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, Plaintiff's Motion for Final Judgment of Garnishment [DE 34] is **REFERRED** to Magistrate Judge Valle for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 7th day of May, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record