## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-60114-CIV-SMITH/VALLE

ZHEJIANG DONGRI IMPORT
& EXPORT CO. LTD.,

    Plaintiff,

v.

NEOPTX, LLC,

    Defendant,

and

BANK OF AMERICA, N.A.,

    Garnishee.

_____/

### **ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 36], in which the Magistrate Judge recommends granting Plaintiff's Motion for Final Judgment of Garnishment [DE 34]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation, the record, and given that the parties did not object, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 36] is **AFFIRMED and ADOPTED in part**.

2. Plaintiff's Motion for Final Judgment of Garnishment [DE 34] is **GRANTED in part**.

3. The Court will enter a separate Final Judgment order.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of June, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record